Judgment in a Civil Case
================================

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

BUFFALO LABORERS WELFARE FUND ET AL

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 16-CV-1036

v.

SANDERS CONSTRUCTION, INC. ET AL

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Plaintiff's Motion for Default Judgment is Granted and that the case is dismissed without prejudice.

Date: August 6, 2020            MARY C. LOEWENGUTH
                                CLERK OF COURT

                                By: s/ Colin
                                    Deputy Clerk